UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARNER,<br><br>Plaintiff,<br><br>v.<br><br>BATES, et al.,<br><br>Defendants. | Case No. 1:24-cv-00881-KES-FJS (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER ALSO AS A REQUEST FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT BATES' PENDING DISCOVERY REQUESTS<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT BATES' DISCOVERY<br><br>(ECF No. 33) |

Plaintiff James Garner ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against: (1) Defendant Bates for deliberate indifference to a serious medical need in violation of the Eighth Amendment; (2) Defendants Felix, Chavez, and Whetherford for deliberate indifference to conditions of confinement in violation of the Eighth Amendment; and (3) Defendants Bates, Felix, Chavez, and Whetherford for negligence in violation of California state law.

On October 28, 2026, Plaintiff filed a motion to modify the scheduling order, seeking an extension of the discovery deadline by sixty (60) days. (ECF No. 33.) On October 30, 2026, the

court denied Plaintiff's motion, stating that an opposition from Defendants was unnecessary. (ECF No. 35.) On the same date, Defendant Inga Bates ("Bates") filed an opposition, indicating that she is amenable to the court construing Plaintiff's motion to modify the scheduling order as a request for additional time to respond to her pending discovery requests. (ECF No. 34.) Bates indicated that on September 28, 2026, she served requests for admission, interrogatories, and requests for production of documents, set one. (ECF No. 34 ¶ 4.) Plaintiff's responses are due November 16, 2026. (ECF No. 34 ¶ 4.) Bates does not oppose extending Plaintiff's deadline to respond to this discovery to December 16, 2026. (ECF No. 34 at 3.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to modify scheduling order, (ECF No. 33), is also CONSTRUED as a request for additional time to respond to Bates' pending discovery requests;
2. Plaintiff's request for additional time to respond to Bates' outstanding discovery requests is GRANTED; and
3. Plaintiff shall have until December 16, 2026, to respond to Bates' September 28, 2026, requests for admission, interrogatories, and requests for production of documents, set one.

IT IS SO ORDERED.

Dated: **November 3, 2026**

UNITED STATES MAGISTRATE JUDGE